# EXHIBIT 2

**Examples of Infringements**

| | A Briarwood Lane Image | B Temu Image | C Temu URL | D Seller | E Artist | F Briarwood Lane Logo | G Artist Signature |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 |  |  | https://www.temu.com/1pc-spring-summer-sunflower-garden-flag-vertical-double-sided-buffalo-floral-welcome-farmhouse-outdoor-decorations-yard-flag-no-flagpole-12-5x18in-28x40in-g-601099513787444.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2F2Fproduct%2F2FFancyalgo%2F2FVirtualModelMatting%2F-d37db98aaf97693a9403f815dedbad2c.jpg&spec_gallery_id=11886243&refer_page_sn=10009&refer_source=10022&freesia_scene=2&_oak_free | Mai Na | CNL Design Studio | Yes, lower left | Yes, lower right |
| 3 |  |  | https://www.temu.com/1pc-fireflies-spring-house-garden-flag-candles-mason-jars-spring-summer-outside-decoration-12-5x18-inches-28x40-inches-g-601099513857183.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2F2Fproduct%2F2FFancyalgo%2F2FVirtualModelMatting%2F-58483cf73bd4ea306d7422f14ae17310.jpg&spec_gallery_id=15716926&refer_page_sn=10009&refer_source=10022&freesia_scene=2&_oak_free_sia_scene=2&search_key=garden%20flag&refer_page | Mai Na | CNL Design Studio | Yes, lower left | Yes, lower right |
| 4 |  |  | https://www.temu.com/1pc-welcome-floral-house-garden-flag-vertical-double-sided-summer-house-flags-outdoor-decorations-spring-farmhouse-yard-deco-no-flagpole-12-5x18in-28x40in-g-601099513855570.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2F2Fproduct%2F2FFancyalgo%2F2FVirtualModelMatting%2F-978a9d777715c4194bfe0193b63fc08a2.jpg&spec_gallery_id=15535266&refer_page_sn=10009&refer_source=10022&freesia_scene=2&_oak_free | Mai Na | CNL Design Studio | Yes, lower left | Yes, lower right |
| 5 |  |  | https://www.temu.com/1pc-home-garden-easter-bunny-swing-12-5x18in-decorative-spring-bunny-rabbit-colorful-egg-house-flag-no-flagpole-g-601099513453198.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2F2Fproduct%2F2FFancyalgo%2F2FVirtualModelMatting%2F-2a315995de0c9aaf12e3dcbeaf8c0dbf.jpg&spec_gallery_id=10713983&refer_page_sn=10009&refer_source=10022&freesia_scene=2&_oak_free_sia_scene=2&search_key=garden%20flag&refer_page | Mai Na | CNL Design Studio | Yes, lower left | Yes, lower right |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 6 |  |  | https://www.temu.com/1pc-garden-flag-symbols-of-freedom-patriotic-house-flag-statue-of-liberty-eagle-12-5x18-28x40-inch-g-601099513753859.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F4d516d3420e8f9e44a50bfe218e1b4b8.jpg&spec_gallery_id=11803306&refer_page_sn=10009&refer_source=2&search_key=garden%20flag&refer_page_scene=2&freesia_scene=2&_oak_free | Mai Na | CNL Design Studio | No, removed by seller | No, removed by seller |
| 7 |  |  | https://www.temu.com/1pc-easter-sunrise-lily-cross-holiday-house-garden-flag-religious-house-flag-cross-doves-lilies-new-no-flagpole-12-5x18in-28x40in-g-601099513857272.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F13987cc46a042b3d402c466adad790f1.jpg&spec_gallery_id=15472347&refer_page_sn=1&refer_source=2&search_key=garden%20flag&refer_page0009&freesia_scene=2&_oak_fre esia_scene=2 | Mai Na | CNL Design Studio | Yes, lower left (partially removed) | Yes, lower right (partially removed) |
| 8 |  |  | https://www.temu.com/1pc-irish-mason-jars-st-patricks-day-house-flag-12-5x18inch-28-x-40inch-g-601099513728695.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F74c28b215942abcfa7f36b3d864565db.jpg&spec_gallery_id=11635491&refer_page_sn=10009&refer_source=2&search_key=garden%20flag&refer_page al_sn=200049&_x_sessn_id=0v6w744tfg&refer_page_n | Mai Na | CNL Design Studio | Yes, lower left | No, removed by seller |
| 9 |  |  | https://www.temu.com/1pc-cabin-lantern-summer-house-flag-camping-canoe-mountains-no-metal-brace-28-x40-12-x18-g-601099513526894.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F8262b4da87f42ad40fbe11b992193d80.jpg&spec_gallery_id=10973838&refer_page_sn=10009&refer_source=2&search_key=garden%20flag&refer_page | Outletbestonlin | CNL Design Studio | Yes, lower left | Yes, lower right |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 10 | image | image | https://www.temu.com/1pc-painted-easter-eggs-holiday-garden-flag-no-flagpole-28-x40-12-x18-g-60109513075279.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F79946a4870efe99de17b25ae2c5371d2.jpg&spec_gallery_id=8672432&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_fresia_scene=14&_x_sessn_id=0v6w744tfg&refer_page_name=mall&refer_page_id=10040_16814988860080_pr | Outletbestonlin | CNL Design Studio | No, removed by seller | No, removed by seller |
| 11 | image | image | https://www.temu.com/1pc-5-oclock-paradise-summer-garden-flag-drinks-nautical-no-metal-brace-28-x40-12-x18-g-60109513392009.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F0cb61e1dad6631321f7438c42c48adcd0.jpg&spec_gallery_id=10352458&refer_page_sn=10040&refer_source=10018&freesia_scene=14&_oak_fresia_scene=14&_x_sessn_id=0v6w744tfg&refer_page | Outletbestonlin | CNL Design Studio | Yes, lower left | Yes, lower right |
| 12 | image | image | https://www.temu.com/2pcs-spring-rabbit-truck-series-garden-flag-double-sided-printed-yard-linen-garden-flag-11-8-17-8in-easter-decorative-flag-no-flagpole-g-60109513983733.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F455cd1d9032bc26f459850a1ff2f4a79.jpg&spec_gallery_id=13658462&refer_page_sn=100 40&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_x_sessn_id=0v6w744tfg&refer_page_nam | LIUZHIHAN | CNL Design Studio | No, removed by seller | No, removed by seller |
| 13 | image | image | https://www.temu.com/2pcs-spring-rabbit-truck-series-garden-flag-double-sided-printed-yard-linen-garden-flag-11-8-17-8in-easter-decorative-flag-no-flagpole-g-60109513983733.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F455cd1d9032bc26f459850a1ff2f4a79.jpg&spec_gallery_id=13658462&refer_page_sn=100 40&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_x_sessn_id=0v6w744tfg&refer_page_nam | LIUZHIHAN | CNL Design Studio | No, removed by seller | No, removed by seller |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 14 |  |  | https://www.temu.com/1pc-garden-flag-clover-chrysanthemum-vase-sparrow-double-sided-design-outdoor-decoration-flag-garden-flag-12x18-inches-no-flagpole-g-601099514104457.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F76c5a04e9e2d54ae11df00a942d7ba98.jpg&spec_gallery_id=14763617&refer_page_sn=1 0009&refer_source=10022&freesia_scene=2&_oa | Conner | CNL Design Studio | No, removed by seller | No, removed by seller |
| 15 |  |  | https://www.temu.com/1pc-welcome-floral-house-garden-flag-vertical-double-sided-summer-house-flags-outdoor-decorations-spring-farmhouse-yard-deco-no-flagpole-12-5x18in-28x40in-g-601099513855570.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancyalgo%2FVirtualModelMatting%2F978a9d777715c4194bfe0193b63fc0 8a2.jpg&spec_gallery_id=15535266&refer_page_sn=10 009&refer_source=10022&freesia_scene=2&_oak_free | Conner | CNL Design Studio | No, removed by seller | No, removed by seller |