**WHITE & CASE**

November 9, 2023

*Application GRANTED. The initial pretrial conference scheduled for November 15, 2023 is hereby ADJOURNED to **December 13, 2023**, at **9:00 a.m**. The Clerk is directed to terminate EFC No. 16.*

*SO ORDERED.*

*November 13, 2023*

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

<u>Via ECF</u>
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Discount Decorative Flags, LLC v. Whaleco, Inc.*
<u>Civil Action No. 23-cv-5995 (JMF)</u>

Dear Judge Furman,

We represent Defendant Whaleco, Inc. and are writing on behalf of both Plaintiff Discount Decorative Flags d/b/a Briarwood Lane and Defendant Whaleco, Inc. in this matter.

The parties jointly request a thirty (30) day adjournment of next week's initial pretrial conference, and the associated pre-conference due date for a proposed case management plan and joint letter.

Pursuant to Your Honor's Individual Rule 2.E: (1) the original date scheduled for the conference is Wednesday November 15th at 9 a.m; and (2)-(3) there has been one prior request for a thirty (30) day extension, which has been granted. D.E. 13.

As to requirement 2.E(4), the reasons for the extension, the parties have continued to engage in good faith settlement negotiations to attempt to resolve this matter early in the litigation. They request an additional extension to further facilitate their discussions, which might eliminate the need to expend judicial and party resources on a conference and pre-conference submissions. In addition, Plaintiff has agreed to a further thirty (30) days for Defendant to answer or respond to the complaint given the settlement discussions; if the matter is not resolved both Plaintiff and the Court will have the benefit of a responsive filing before the Initial Pretrial Conference.

As to requirement 2.E(5) and (6), both parties join in this request, and there are no scheduled appearances or deadlines other than the pretrial conference and due date for submission of a proposed case management plan and joint letter which the parties seek to extend herein.

November 9, 2023

      The parties thus submit that good cause exists for a thirty (30) day extension of next week's initial pretrial conference and the due date for a proposed case management plan and joint letter.

      We thank the Court in advance for its attention to this matter.

Respectfully Submitted,

*/s/ Raj Gandesha*

Raj Gandesha (RG2316)

WHITE & CASE, LLP
T +1 212 819 8975
E rgandesha@whitecase.com